UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| TERRY N. SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:11-cv-1011-WTL-TAB |
| | ) | |
| E.I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, d/b/a DUPONT, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY ON PENDING MOTIONS

Pending in this cause are three related motions filed by the Defendant:  a motion to dismiss (dkt. no. 24); a motion for oral argument (dkt. no. 26); and a Motion for Entry of Judgment on Defendant's Unopposed Motion to Dismiss Plaintiff's Complaint (dkt. no. 28).[1]  All of the motions were premised on the fact that the Plaintiff  had wholly failed to comply with his discovery obligations.  Soon after the motions were filed, however, it was revealed that the reason for the Plaintiff's dilatoriness was that his attorney, Diamond Hirschauer, had been suspended from the practice of law.  There is no suggestion that the Plaintiff himself bears any fault for the failure to prosecute this case; indeed, the Plaintiff has now obtained new counsel and appears ready, willing, and able to move forward with this case.  Accordingly, the Defendants' motions are **DENIED**.

SO ORDERED:  07/24/2012

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification

---

[1]Defendant can rest assured that the Court rules on motions–opposed or otherwise–in due course without prompting from counsel.  Motions filed with the hopes of nudging the Court into quick action serve only to clutter the Court's docket and should be avoided in the future.